**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                            NO. 4:03CR00059-01 JLH

HOLLEN LEE JEFFERSON, JR.                                                                    DEFENDANT

**ORDER**

Court convened on Friday, June 19, 2009, for a hearing on the government's motion to revoke the supervised release of defendant Hollen Lee Jefferson, Jr. Document #48. Assistant United States Attorney John Bush, standing in for Assistant United States Attorney John Ray White, was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Lisa Peters. United States Probation Officer Gregg Jumper was also present.

Upon inquiry from the Court, the defendant did not contest the violations outlined in the petition, however he did offer explanations regarding statements attributed to him. Following statements from counsel and the defendant, the Court determined that the motion to revoke should be held in abeyance for a period of 90 days to allow defendant the opportunity to demonstrate that he can remain drug free.

IT IS THEREFORE ORDERED that the United States Probation Office is directed to provide the Court with a written report reflecting whether or not defendant has been in compliance with the conditions of supervised release previously imposed by Thursday, September 17, 2009. In the event the defendant is found to be in violation of his conditions of release prior to September 17, 2009, the probation officer is directed to submit the appropriate motion and the Court will conduct a hearing.

The defendant is to be released from the custody of the United States Marshal. All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 19th day of June, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE